**Order entered June 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00799-CV

### IN RE MITCHELL KAZU ASTALOS, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-52696-06**

## ORDER

Before the Court is relator's petition for writ of mandamus and prohibition. The Court

requests that real party in interest and respondent file their responses to the petition, if any, on or

before July 10, 2014. Relator's request for temporary relief remains pending before the Court.

/s/      MICHAEL J. O'NEILL
         JUSTICE